RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

OCT 0 6 2025

DANIEL J. McCOY, CLERK
BY: _____

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br>MAHMOUD AMIN YA'QUB AL-MUHTADI<br><br>*Defendant(s)* | Case No.<br>6:25-mj-00183 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  October 7, 2023 and June 24, 2024  in the county of      Lafayette      in the
     Western     District of      Louisiana     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1546 | Fraud and misuse of visa, permits, and other documents |
| 18 U.S.C. § 2339B | Providing, attempting to provide, or conspiring to provide material support to a foreign terrorist organization |

This criminal complaint is based on these facts:

See Affidavit, attached hereto

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alexandria M. Thoman O'Donnell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2025

_____
*Judge's signature*

City and state:       Lafayette, Louisiana

David J. Ayo, United States Magistrate Judge
*Printed name and title*