UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO. 6:25-mj-00183 |
| | * | |
| **VERSUS** | * | |
| | * | |
| **MAHMOUD AMIN YA'QUB AL-MUHTADI** | * | MAGISTRATE JUDGE AYO |

## ORDER

After considering the Motion to Unseal Criminal Complaint and Supporting Affidavit filed in the above-captioned matter,

IT IS HEREBY ORDERED the Criminal Complaint and supporting Affidavit in this matter be unsealed;

Done and signed on this 16th day of October 2025, in Lafayette, Louisiana.

_____
HON. DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE